IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:19CR03055 |
| Plaintiff, | |
| -vs- | **O R D E R** |
| Michael A. Evans, | |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Mona ( Molly ) Burton, as a Criminal Justice Act Training Panel Member, to assist in the defense of Michael A. Evans.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Molly Burton is hereby assigned to assist CJA Robert Creager in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Molly Burton shall not be eligible to receive compensation for her services in this case.

CJA Robert Creager shall continue to be primary counsel on behalf of the Defendant, Michael A. Evans..

Dated: May 2, 2019

BY THE COURT:

_____
United States Magistrate Judge